*In re* MANUEL GARCÍA TAMAYO.

Número: TS-4613          Resuelto: 26 de enero de 2000

*Israel Pacheco Acevedo*, Secretario Ejecutivo del Fondo de Fianza Notarial del Colegio de Abogados de Puerto Rico, peticionario.

PER CURIAM: Con fecha de 22 de septiembre de 1999 emitimos una resolución, en la cual le concedimos al Lcdo. Manuel García Tamayo un término de veinte (20) días para que compareciera y mostrara causa por la cual no debía ser suspendido de la notaría. Le advertimos que su incumplimiento con nuestra resolución conllevaría la suspensión automática del ejercicio de la notaría y podría dar lugar a sanciones disciplinarias adicionales conforme a lo dispuesto en *In re Pagán Ayala*, 115 D.P.R. 814 (1984).

Ha pasado el término concedido al licenciado García Tamayo y éste no ha dado cumplimiento a nuestra Resolución de 22 de septiembre de 1999. A tenor con lo antes expuesto, *se dicta sentencia suspendiendo indefinidamente al licenciado García Tamayo del ejercicio de la notaría efectiva a la fecha de la notificación de esta resolución y hasta que otra*

*cosa disponga este Tribunal. Se le apercibe de que el futuro incumplimiento con nuestras órdenes podría acarrear sanciones más severas. Se ordena al Alguacil de este Tribunal la incautación de los Protocolos y sello notarial.*

*Se dicta sentencia de conformidad.*